CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

MAR 3 1 2009

JOHN F. CORCORAN, CLERK
BY: _____
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Action No. 7:08cr00027-1 |
| | ) | |
| v. | ) | **2255 FINAL ORDER** |
| | ) | |
| ERROL FITZROY SIRJUE. | ) | By: Samuel G. Wilson |
| | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Sirjue's § 2255 motion is **DISMISSED** and this action is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to the petitioner.

**ENTER:** This 3/4 day of March, 2009.

_____
United States District Judge